# Order

Michigan Supreme Court
Lansing, Michigan

April 21, 2017

Stephen J. Markman
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153723(67)

JEFFREY HAKSLUOTO and
CAROL HAKSLUOTO,
                Plaintiffs-Appellants,

v

SC:  153723
COA:  323987
Macomb CC:  2014-002556-NH

MT. CLEMENS REGIONAL MEDICAL
CENTER, a/k/a McLAREN MACOMB
GENERAL RADIOLOGY ASSOCIATES,
P.C. and ELI SHAPIRO, D.O.,
                Defendants-Appellees.
_____/

On order of the Chief Justice, the motion of the Michigan Defense Trial Counsel to extend the time for filing its brief amicus curiae is GRANTED.  The amicus brief submitted on March 28, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 21, 2017



Clerk